# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: __3:14-mj-0017 CMK__ |
| DOUGLAS MANSON | |
| | __Adam Ryan__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): ____.
[X] pleaded nolo contendere to counts(s) __1__ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(h) | Remove and timber, tree or other forest product except as authorized by permit | 04/12/2014 | 1 |

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____
10/08/2014
Date of Imposition of Judgment

_/s/ Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

_____
10/08/2014
Date

DEFENDANT:   Douglas Manson, 3:14-mj-0017 CMK

## COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>one (1) year</u> .

The defendant shall not commit another federal, state, or local crime.

The defendant is excluded from entering national lands during the term of probation.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FIVE (5) DAYS.

The court makes the following recommendations to the Bureau of Prisons: That defendant serve his sentence at the Lassen County Adult Detention Facility located at 1405 Sheriff Cady Lane, Susanville, California.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on December 8, 2014, at 10:00 a.m. , as notified by the United States Marshal.